Octavio Cardona-Loya II (SBN 255309)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO J. ALEXANDER, | Case No.: 3:23-cv-00617-DMS-VET |
| Plaintiff, | **Joint Motion to Dismiss Entire Case** |
| v. | |
| WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby jointly move to dismiss this matter with prejudice, with each party bearing their own attorney's fees and costs.

Date: July 24, 2024         /s/ Octavio Cardona-Loya II
                            Octavio Cardona-Loya II
                            Attorney for Plaintiff Armando J. Alexander

Date: July 24, 2024                /s/ Katherine Figueroa
                                   Mark I. Wraight
                                   Katherine Figueroa
                                   Attorneys for Defendant Wells Fargo Bank, N.A.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Katherine Figueroa, Esq., and that I have obtained her authorization to affix her electronic signature to this document.

Date: July 24, 2024                /s/ Octavio Cardona-Loya II
                                   Octavio Cardona-Loya II
                                   Attorney for Plaintiff Armando J. Alexander