UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO J. ALEXANDER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10 inclusive.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:23-cv-00617-DMS-VET<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

Pending before the Court is the parties' joint motion to dismiss all claims asserted by Plaintiff against Defendants. (ECF No. 30.) Good cause appearing, the Court **GRANTS** the parties' joint motion. As stipulated, this action is hereby dismissed with prejudice and each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: July 29, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court